United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Celera Telecom Ltd., formerly known as Logik Communications PTE, LTD., Plaintiff,<br><br>v.<br><br>LDI Networks, Inc., Defendant. | Civil Action No. 21-20324-Civ-Scola |

### Order Adopting Report and Recommendations and Granting Final Default Judgment

The Court referred Plaintiff Celera Telecom Ltd.'s motion for the entry of a default judgment to United States Magistrate Judge Jonathan Goodman for a report and recommendations. Thereafter, Judge Goodman issued his report and recommendations, recommending that the Court grant Celera's motion in large part and deny it in part. (Rep. & Rec., ECF No. 15.) No objections to the report and recommendations have been filed by either party and the time to do so has passed.

Nonetheless, the Court has considered—de novo—Judge Goodman's report, the record, and the relevant legal authorities. The Court finds Judge Goodman's report and recommendations cogent and compelling. The Court thus **adopts** the recommendations in full (**ECF No. 15**) and **grants, in large part**, Celera's motion (**ECF No. 12**) as follows.

The Court **enters final default judgment** in favor of Plaintiff **Celera Telecom Ltd.** and against Defendant **LDI Networks, Inc.**, recognizing and domesticating the U.K. judgment (€2,201,998.94 plus £123,785.49), converting the amounts owed by LDI to Celera from Euros and pound sterling to U.S. dollars, plus interest on that judgment, beginning on December 3, 2020, in accordance with *Florida law*. At the same time, the Court denies Celera's request for fees and costs, without prejudice, as premature and not in compliance with the Court's rules.

The Court directs the Clerk to **close** this case. Any pending motions are denied as moot.

**Done and ordered** at Miami, Florida, on December 16, 2021.

_____
Robert N. Scola, Jr.
United States District Judge