United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Celera Telecom Ltd., formerly known as Logik Communications PTE, LTD., Plaintiff,<br><br>v.<br><br>LDI Networks, Inc., Defendant. | )<br>)<br>)<br>) Civil Action No. 21-20324-Civ-Scola<br>)<br>)<br>)<br>) |

### Order Adopting Magistrate's Report and Recommendation

This matter was referred to United States Magistrate Judge Jonathan Goodman for a report and recommendation on Plaintiff Celera Telecom Ltd.'s motion to tax costs (ECF No. 18) and motion for attorney's fees (ECF No. 19). Judge Goodman issued a report, recommending that the Court grant in part and deny in part Celera's motion to tax costs, awarding Celera $467.00, and deny Celera's motion for fees. (Rep. & Recs., ECF No. 23.) No objections have been filed and the time to object has passed. Irrespective of the lack of objections, the Court has considered Judge Goodman's report on a de novo basis and finds it cogent and compelling.

Accordingly, the Court **affirms and adopts** Judge Goodman's report and recommendations (**ECF No. 23**) and (1) **grants in part and denies in part** Celera's motion to tax costs (**ECF No. 18**); and **denies** Celera's motion for attorney's fees (**ECF No. 19**). Consistent with the report, the Court awards **$467** in taxable costs, plus interest from the date of final judgment, to Celera Telecom Ltd., to be paid by Defendant LDI Networks, Inc.

**Done and ordered** at Miami, Florida on September 22, 2022.

_____
Robert N. Scola, Jr.
United States District Judge